



## MEMORANDUM OPINION

No. 04-12-00308-CV

**IN RE** Bobby **RILEY**, Relator

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Sandee Bryan Marion, Justice
                Steven C. Hilbig, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  May 30, 2012

PETITION FOR WRIT OF MANDAMUS AND MOTION FOR TEMPORARY RELEF DISMISSED

On May 18, 2012, Relator Bobby Riley filed a petition for writ of mandamus and a motion for temporary relief. In response, this court issued a stay in cause number 11-09-12583-ZCVAJA, Zavala County, Texas. Subsequent to such order, Relator Bobby Riley filed a Motion to Dismiss Petition for Writ of Mandamus and Withdraw Motion for Emergency Temporary Relief based on the parties' Rule 11 Agreement. On May 18, 2012, this court lifted the stay.

---

[1] This proceeding arises out of Cause No. 11-09-12583-ZCVAJA, styled *Longview Energy Company, v. The Huff Energy Fund, L.P., WRH Energy Partners, L.L.C., W.R. Huff Asset Management Co., William R. "Bill" Huff, Rick D'Angelo, Ed Dartley, Bryan Bloom, Riley-Huff Energy Group, L.L.C., and Bobby Riley and The Huff Energy Fund, L.P. WRH Energy Partners, L.L.C., W.R. Huff Asset Management Co., William R. "Bill" Huff, Rick D'Angelo, Ed Dartley, Bryan Bloom and Riley-Huff Energy Group, L.L.C. v. Robert Gershen, David Fuller, Randy Waesche, Harold Carter, Tom Vessels, Rick Pearce, and George Keane*, pending in the 365th Judicial District Court, Zavala County, Texas, the Honorable Amado J. Abascal, III presiding.

Accordingly, the petition for writ of mandamus and motion for emergency relief are hereby dismissed.

PER CURIAM